BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

**FILED**

JUN 0 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RYAN McGOWAN,
ROBERT SNELLINGS
ULYSSES SIMPSON GRANT
  EARLY, IV, and
THOMAS LU,

    Defendants.

CASE NO. 2:12-CR-207-LKK

[PROPOSED] ORDER FOR
UNSEALING INDICTMENT

The government's request to unseal the above-referenced indictment and this case is GRANTED.

SO ORDERED:

DATED: 6-1-2012

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

2