BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>RYAN MCGOWAN, et al.,<br><br>                  Defendants. | CASE NO. 2:12-cr-00207-LKK<br><br>ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

This matter came before the Court for a status conference on July 10, 2012, at 9:15 a.m. The United States was represented by Assistant United States Attorney Michael D. Anderson. Defendants McGowan, Snellings and Early were personally present and represented, respectively, by Attorneys William Portanova, James Goodwin and Donald Kilmer. This was the defendants' first appearance before this Court in this matter.

During the status conference, defense counsel stated that additional time was necessary to review discovery related to the case, including 28 compact discs recently provided by the government. Defense counsel further requested that the case be continued and that time be excluded under the Speedy Trial Act. All defendants agreed.

At the parties' request, the Court ordered the status conference continued to August 28, 2012, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv);

1

Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED:**

1.      A status conference in this case is set for August 28, 2012, at 9:15 a.m.

2.      Based on the parties' representations, the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through August 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T-4, to allow reasonable time for defense counsel to prepare for trial.

IT IS SO ORDERED

Date:  July 19, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT