| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | WILLIAM S. WONG<br>MICHAEL D. ANDERSON |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA  95814<br>Telephone:  (916) 554-2700 |
| 5 | Facsimile:   (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RYAN MCGOWAN, et al.,<br><br>  Defendants. | CASE NO.  2:12-cr-00207-LKK<br><br>ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

This matter came before the Court for a status conference on August 28, 2012, at 9:15 a.m. and on September 5, 2012, at 9:15 a.m.  The United States was represented by Assistant United States Attorneys William S. Wong and Michael D. Anderson.  Defendants McGowan, Snellings and Early were personally present and represented, respectively, by Attorneys Chris Cosca, James Goodwin and Donald Kilmer on August 28, 2012.  Defendant Early was also personally present and represented by Ralph D. Hughes on September 5, 2012.

During the August 28, 2012, status conference, defense counsel stated that additional time was necessary to review discovery and conduct necessary preparation of their client's defenses.  The discovery in this case includes 28 compact discs provided by the government.  In addition, defendant Early requested additional time to allow new counsel to appear on his behalf.  Defense counsel further requested that the case be continued and that time be excluded under the Speedy Trial Act.

1

All defendants agreed.

During the September 5, 2012, status conference, attorney Ralph D. Hughes, defense counsel for defendant Early, made his first appearance in the case and requested time to review the discovery. Defense counsel further requested that the case be continued and that time be excluded under the Speedy Trial Act. Defendant Early agreed with this request.

At the parties' request, the Court ordered the status conference continued to October 10, 2012, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED:**

1. A status conference in this case is set for October 10, 2012, at 9:15 a.m. as to defendants McGowan, Snellings and Early.

2. Based on the parties' representations, the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through October 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T-4, to allow reasonable time for defense counsel to prepare for trial.

IT IS SO ORDERED

Date: September 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2