Ralph D. Hughes (SBN: 111641)
Hughes & Company
4471 Stoneridge Drive, Suite B
Pleasanton, CA 94588
Phone: (925) 426-9200
Fax: (925) 426-9215
Email: law@ralphdhughes.com


Attorney for Defendant:
ULYSSES SIMPSON GRANT EARLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  2:12-CR-0207 – LKK |
| Plaintiff, | **WAIVER OF DEFENDANT ULYSSES SIMPSON GRANT EARLY, IV, APPEARANCE AND  ORDER** |
| v. | |
| RYAN McGOWAN, ROBERT SNELLING, ULYSSES SIMPSON GRANT EARLY IV, and THOMAS LU, | |
| Defendants. | |

Defendant, Ulysses Simpson Grant Early, IV, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when so ordered.

Defendant, Ulysses Simpson Grant Early, IV, hereby requests the court to proceed in his absence.  Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U..C. Section 3161-3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without him being personally present.

Date: October 9, 2012


  /s/ Ulysses Simpson Grant Early, IV
ULYSSES SIMPSON GRANT EARLY, IV.
Defendant


Date: August 29, 2012


  /s/ Ralph D. Hughes
RALPH D. HUGHES
Attorney at Law


ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45

AND LOCAL RULE VIII.B.


I, Ralph D. Hughes, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ulysses Simpson Grant Early, IV, that the contents of this document is acceptable to all persons required to sign the document. I declare that this document was signed in Pleasanton, CA on August 29, 2012.


  /s/ Ralph D. Hughes
Ralph D. Hughes, Attorney for the Defendant


**SO ORDERED.**


Date: October 15, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT