M. BRADLEY WISHEK (SBN 121875)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA 95814
Telephone: (916) 444-9845
FACSIMILE: (916) 444-2768

Attorneys for Defendant,
THOMAS LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12 CR-0207 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| THOMAS LU, | Date: March 19, 2013 |
| Defendant. | Time: 9:15 a.m. |
| | Ctrm: 4 (LKK) |

The United States of America, through its counsel Assistant U. S. Attorneys William Wong and Michael Anderson, and defendant Thomas Lu, through his counsel M. Bradley Wishek, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Lu now scheduled for 9:15 a.m. on March 19, 2013, may be continued to August 27, 2013, at 9:15 a.m.

A continuance of the status conference is necessary because, while Mr. Lu's case has been resolved by way of a guilty plea, the charges against some other defendants in the case are still pending and information pertaining to the resolution of the charges against those defendants may be helpful to the Court in fashioning a sentence for Mr. Lu. Therefore, the parties request that the status conference

- 1 -
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

regarding the imposition of judgment and sentence pertaining to Mr. Lu be continued to August 27, 2013, at 9:15 a.m.

**IT IS SO STIPULATED.**

DATED: March 15, 2013  By: //s//M. Bradley Wishek for William Wong
William Wong
Assistant U.S. Attorney

DATED: March 15, 2013  By: _//s// M. Bradley Wishek___
M. BRADLEY WISHEK,
ROTHSCHILD WISHEK & SANDS LLP, Attorneys for
Defendant Thomas Lu

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for March 19, 2013, is continued to 9:15 a.m. on August 27, 2013.

**IT IS SO ORDERED:**

DATED: March 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT