1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone: (408) 264-8489
4  Facsimile:  (408) 264-8487
   E-Mail: Don@DKLawOffice.com
5
   Attorney for Defendant:
6  ULYSSES SIMPSON GRANT EARLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   2:12-CR-00207 TLN |
|---|---|
| Plaintiff, | DEFENDANT EARLY'S WAIVER OF APPEARANCE AT PRE-TRIAL MOTION TO COMPEL DISCOVERY |
| v. | |
| RYAN McGOWAN, ROBERT SNELLING, ULYSSES SIMPSON GRANT EARLY IV, and THOMAS LU, | STIPULATION AND ORDER |
| Defendants. | |

The defendant, by and through counsel of record, and plaintiffs by and through its counsel, stipulate as follows:

1. Defendant's Motion to Compel Discovery is set for hearing on April 9, 2013 before the Honorable Edmund F. Brennan at 2:00 p.m.
2. The parties agree that Defendant EARLY's appearance may be waived for this pre-trial motion at the election of the Defendant.

IT IS SO STIPULATED.

/ / / / /

/ / / / /

1  Date: April 2, 2013

2  BENJAMIN B. WAGNER
   United States Attorney
3
    /s/ William S. Wong
4  WILLIAM S. WONG
   MICHAEL D. ANDERSON
5  Assistant United States Attorneys

6  Date: April 2, 2013

7   /s/ Donald Kilmer
   DONALD KILMER
8  Counsel for Defendant EARLY

9

10                               **ORDER**

11         IT IS SO ORDERED.

12  Dated: April 5, 2013.

13                              *[signature]*
                                EDMUND F. BRENNAN
14                              UNITED STATES MAGISTRATE JUDGE