1  M. BRADLEY WISHEK (SBN 121875)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA 95814
3  Telephone: (916) 444-9845
   FACSIMILE: (916) 444-2768
4
   Attorneys for Defendant,
5  THOMAS LU

6            IN THE UNITED STATES DISTRICT COURT FOR THE
7                  EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          Case No.: 2:12-CR-0207 TLN

10         Plaintiff,
                                      STIPULATION AND ORDER
11     vs.                            CONTINUING STATUS CONFERENCE

12 THOMAS LU,                         Date: August 29, 2013
                                      Time: 9:30 a.m.
13         Defendant.                 Ctrm: 2 (TLN)

14
15      The United States of America, through its counsel Assistant
16 U. S. Attorneys William Wong and Michael Anderson, and defendant
17 Thomas Lu, through his counsel M. Bradley Wishek, stipulate that
18 the status conference regarding the imposition of judgment and
19 sentence upon Mr. Lu now scheduled for 9:30 a.m. on August 29,
20 2013, may be continued to December 19, 2013, at 9:30 a.m.
21      A continuance of the status conference is necessary
22 because, while Mr. Lu's case has been resolved by way of a
23 guilty plea, the charges against some other defendants in the
24 case are still pending and information pertaining to the
25 resolution of the charges against those defendants may be
26 helpful to the Court in fashioning a sentence for Mr. Lu.
27 Therefore, the parties request that the status conference
28

- 1 -
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 | regarding the imposition of judgment and sentence pertaining to
2 | Mr. Lu be continued to December 19, 2013, at 9:30 a.m.
3 | **IT IS SO STIPULATED.**

|  |  |  |
|---|---|---|
| DATED: August 27, 2013 | By: | //s//M. Bradley Wishek for<br>William Wong<br>William Wong<br>Assistant U.S. Attorney |
| DATED: August 27, 2013 | By: | //s// M. Bradley Wishek<br>M. BRADLEY WISHEK,<br>ROTHSCHILD WISHEK & SANDS LLP, Attorneys for<br>Defendant Thomas Lu |

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Thomas Lu now scheduled for August 29, 2013, is continued to 9:30 a.m. on December 19, 2013.

**IT IS SO ORDERED:**

Dated: August 29, 2013

_____
Troy L. Nunley
United States District Judge