UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 1 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN McGOWAN, and
ROBERT SNELLINGS,

    Defendants.

CASE #: **2:12-cr-00207-TLN**

**NOTE FROM THE JURY**

Date: 06/11/2015

Time: 13:51

THE JURY HAS REACHED A UNANIMOUS VERDICT __yes X__

THE JURY REQUESTS THE FOLLOWING:

Dated June 11, 2015         Presiding Juror _[signature]_