**FILED**

JUN 1 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-207 TLN |
| Plaintiff, | VERDICT FORM |
| v. | |
| ROBERT SNELLINGS, | |
| Defendant. | |

WE, THE JURY, FIND THE DEFENDANT, ROBERT SNELLINGS, AS FOLLOWS:

AS TO COUNT TWO OF THE INDICTMENT:

GUILTY          NOT GUILTY

_yes_ X     _____     Conspiracy to Make a False Statement with Respect to Firearm Records in violation of Title 18, United States Code, Section 371

AS TO COUNT THREE OF THE INDICTMENT:

GUILTY          NOT GUILTY

_yes_ X     _____     Conspiracy to Make a False Statement with Respect to Firearm Records in violation of Title 18, United States Code, Section 371

AS TO COUNT FOUR OF THE INDICTMENT:

GUILTY          NOT GUILTY

_yes_ X     _____     Conspiracy to Make a False Statement with Respect to Firearm Records in violation of Title 18, United States Code, Section 371

1 | AS TO COUNT FIVE OF THE INDICTMENT:

2 | GUILTY       NOT GUILTY

3 | _yes_ X _____      Conspiracy to Make a False Statement with Respect to Firearm Records in violation of Title 18, United States Code, Section 371

4 |

5 | AS TO COUNT SIX OF THE INDICTMENT:

6 | GUILTY       NOT GUILTY

7 | _yes_ X _____      Conspiracy to Make a False Statement with Respect to Firearm Records in violation of Title 18, United States Code, Section 371

8 |

9 |

10 | _June 11, 2015_            _Christopher J. Wakefield_

11 | DATED                        FOREPERSON

VERDICT FORM            2